UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IFTIKHAR UL HAQ,

    Plaintiff,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Defendant.

No. 2:18-cv-01880-JAM-KJN (PS)

ORDER

On July 3, 2018, plaintiff Iftikhar Ul Haq, proceeding without counsel, filed this action.[1] (ECF No. 1.) Simultaneously, he requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, plaintiff failed to submit all pages of his application to the court.

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees or security therefor" by a person that is unable to pay such fees or provide security therefor. 28 U.S.C. § 1915(a)(1).

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(21).

1

Because plaintiff failed to provide all pages of the application to proceed *in forma pauperis*, the court cannot determine plaintiff's income level and whether he is capable of paying the applicable fees. Thus, plaintiff has made an inadequate showing of indigency. See <u>Alexander v. Carson Adult High Sch.</u>, 9 F.3d 1448 (9th Cir. 1993); <u>California Men's Colony v. Rowland</u>, 939 F.2d 854, 858 (9th Cir. 1991); <u>Stehouwer v. Hennessey</u>, 841 F. Supp. 316, (N.D. Cal. 1994).

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED WITHOUT PREJUDICE.
2. Within 28 days of the date of this order, plaintiff shall either (a) pay the applicable filing fee or (b) file a complete application to proceed *in forma pauperis* that adequately demonstrates that plaintiff is unable to pay the filing fee. Plaintiff's failure to either pay the filing fee or file a sufficient application to proceed *in forma pauperis* by the above deadline will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED

Dated: July 6, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14/ps.18-1880.haq v. ice. incomplete IFP