UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IFTIKHAR UL HAQ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | No. 2:18-cv-01880-JAM-KJN (PS)<br><br><br><br>ORDER |

On August 31, 2018, plaintiff Iftikhar Ul Haq, who proceeds in this action without counsel, submitted a notice to the court that has been identified as a "motion to withdraw this appeal." (ECF No. 9.) In her complaint, plaintiff appeals the decision of the United States Department of Homeland Security regarding plaintiff's application for naturalization. (See ECF No. 1.)

In her August 31, 2018 notice, plaintiff indicates that she "cannot hire an attorney because [she] cannot pay charges" and that she has "no choice to withdraw this appeal because [she is] unable to pursue it." (ECF No. 9.) The court construes this motion as a notice of voluntary dismissal, pursuant to Federal Rule of Civil Procedure 41(a). See Fed. R. Civ. P. 41(a)(1)(A)–(B) ("the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. . . . Unless

the notice . . . states otherwise, the dismissal is without prejudice"). Although such a notice does not require a court order, this order administratively resolves this matter. Id.

Accordingly, IT IS HEREBY ORDERED that:

1. This case is dismissed without prejudice pursuant to plaintiff's notice of voluntary dismissal (ECF No. 9).
2. The Clerk of Court shall close this case and vacate all dates.

IT IS SO ORDERED.

Dated: September 17, 2018

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14/ps.haq.1880.voluntary dismissal